UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-00048 JVS (MLGx) | Date | April 25, 2013 |
| Title | Jimmy DelaCruz et al. v. National City Bank, et al. | | |

Present: The Honorable   James V. Selna

| | |
|---|---|
| Karla Tunis | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

   **On February 25, 2013, the Court granted defendants motion to dismiss without prejudice and with twenty days leave to amend.   As of today, an amended complaint has not been filed.**

   **The Court hereby ORDERS plaintiff to show cause, in writing, not later than May 10, 2013,  why this action should not be dismissed for lack of prosecution.**

                                                                                            :   00

                                                              Initials of Preparer     kjt