JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT – SANTA ANA DIVISION

| | |
|---|---|
| JIMMY DELA CRUZ, individual; LYDIA DELA CRUZ, individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CITY BANK, a banking entity; PNC BANK, a banking entity; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, OR OTHER INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 1923 WEST RED FOX ROAD; SANTA ANA, CA 92704; DOES 1 through 60, inclusive,<br><br>Defendants. | Case No.: SACV13-00048 JVS (MLGx)<br><br>The Honorable James V. Selna<br><br>**JUDGMENT OF DISMISSAL** |

The Motion to Dismiss Plaintiffs' Complaint, filed by Defendant PNC BANK, N.A., on its own behalf and as successor by merger to NATIONAL CITY BANK ("PNC") was granted on February 25, 2013, with 20 days' leave to amend. Plaintiffs failed to file an amended complaint, failed to respond to the Court's order compelling them to show cause, in writing, by May 10, 2013, why the action should not be

1

**[PROPOSED] JUDGMENT OF DISMISSAL**

dismissed for lack of prosecution, and failed to appear at the hearing on the Order to Show Cause on May 13, 2013.

In light of the foregoing, the following is hereby ORDERED:

1. Judgment of dismissal is entered in favor of Defendant PNC BANK, N.A., on its own behalf and as successor by merger to NATIONAL CITY BANK.

**IT IS SO ORDERED.**

DATED:   May 14, 2013

By:_____
Honorable James V. Selna
Judge of the District Court